## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA

    v.                                                                           Criminal No. 15-54 (JNE/HB)

IRINA VOROTINOV, ET AL.

UNITED STATES OF AMERICA

    v.                                                                           Criminal No. 15-47 (PJS)

ALKON RAYMOND VOROTINOV

_____

### NOTICE TO THE COURT OF POSSIBLE RELATED CASES

The undersigned attorney hereby notifies the Court and counsel that the above-captioned cases are related for the following reasons:

- Cases involving the same act or transaction connected with or constituting a part of a common conspiracy, scheme or plan.
- Cases arising out of the same operative set of facts, behavioral episode or course of conduct whether the prior cases are open or closed.
- Cases that arise out of the same investigation and have temporal proximity.

Dated: February 20, 2015                              Respectfully submitted,

                                                                  ANDREW M. LUGER
                                                                  United States Attorney

                                                                  *s/David J. MacLaughlin*

                                                                  BY:  DAVID J. MACLAUGHLIN
                                                                  Assistant United States Attorney
                                                                 Attorney ID No. 211849